BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-362
Tel. (510)-637-3500

Counsel for Defendant MILES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00740-MJJ |
| ) | |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER FOR |
| v. ) | CONTINUANCE AND EXCLUSION |
| ) | OF TIME UNDER THE SPEEDY |
| ) | TRIAL ACT, 18 U.S.C. § 3161 ET |
| DERRICK DONTE MILES, ) | SEQ. |
| ) | |
| Defendant. ) | |

## ORDER

Based on the reasons provided in the stipulation of the parties, the court hereby FINDS:

The ends of justice served by the granting of the continuance from January 20, 2006 until February 24, 2006 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case.

Based on these findings, and to the extent applicable, it is ORDERED that time be excluded

- 1 -

1  under the speedy trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from January 20, 2006
2  until February 24, 2006.
3      IT IS FURTHER ORDERED that the STATUS HEARING date of January 20, 2006 at 2:30
4  p.m., before the Honorable Martin J. Jenkins, be vacated and reset for February 24, 2006 at 2:30
5
6  p.m.

8  DATED: 2/10/2006

   _____
10  HON. MARTIN J. JENKINS
   UNITED STATES DISTRICT JUDGE

- 2 -