1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. (510)-637-3500

5  Counsel for Defendant MILES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00740-MJJ |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER FOR |
| v. ) | CONTINUANCE AND EXCLUSION |
| ) | OF TIME UNDER THE SPEEDY |
| ) | TRIAL ACT, 18 U.S.C. § 3161 ET |
| DERRICK DONTE MILES, ) | SEQ. |
| ) | |
| Defendant. ) | |

**ORDER**

Based on the reasons provided in the stipulation of the parties, the court hereby FINDS:

The ends of justice served by the granting of the continuance from February 24, 2006 until April 27, 2006 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case.

Based on these findings, and to the extent applicable, it is ORDERED that time be excluded

- 1 -

under the speedy trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from February 24, 2006 until April 27, 2006.

    IT IS FURTHER ORDERED that the STATUS HEARING date of February 24, 2006 at 2:00 p.m., before the Honorable Martin J. Jenkins, be vacated and reset for April 27, 2006 at 2:00 p.m.

DATED: 4/11/2006

                              HON. MARTIN J. JENKINS
                              UNITED STATES DISTRICT JUDGE