1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. (510)-637-3500

5  Counsel for Defendant MILES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 05-00740-MJJ |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| DERRICK DONTE MILES, | ) |
| Defendant. | ) |

**ORDER**

Based on the reasons provided in the stipulation of the parties, the court hereby FINDS:

The ends of justice served by vacating the trial date currently set for June 19, 2006 and setting the matter down for change of plea or trial or motions setting on June 16, 2006 at 2:30 p.m. outweigh the best interests of the public and the defendant in a speedy and public trial because a substantial quantity of new discovery; including video and audio tapes, forensic reports, search warrant returns, and crime scene photographs; which were not in the possession of the

government at the last hearing of this case will soon be provided to the defense, and additional investigation and review are necessary to the defense preparation of the case.

Based on these findings, and to the extent applicable, it is ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from April 27, 2006 until June 16, 2006.

IT IS FURTHER ORDERED that the PRETRIAL CONFERENCE date of June 16, 2006 at 2:30 p.m. and the JURY TRIAL date of June 19, 2006 at 9:00 a.m., before the Honorable Martin J. Jenkins, be vacated and reset as a CHANGE OF PLEA OR MOTIONS AND TRIAL SETTING HEARING for June 16, 2006 at 2:30 p.m.

DATED: 5/23/2006

_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

- 2 -