1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  ALICIA W. FENRICK (CSBN 193860)
   Assistant United States Attorney
5
          1301 Clay Street, Suite 340S
6         Oakland, California 94618
          Telephone: (510) 637-3680
7         FAX: (510) 637-3724

8  Attorneys for Plaintiff

9
                              UNITED STATES DISTRICT COURT
10
                             NORTHERN DISTRICT OF CALIFORNIA
11
                                      OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,           )    No. CR 05-00740 MJJ
14                                     )
           Plaintiff,                  )    STIPULATION FOR CONTINUANCE OF
15                                     )    BRIEFING SCHEDULE AND HEARING
       v.                              )    DATE
16                                     )
   DERRICK DONTE MILES,                )
17                                     )
           Defendant.                  )
18  _____    )
                                       )
19
           It is hereby stipulated by and between the parties that the government's opposition filing
20
   date be continued to March 16, 2007, 2006, that defendant's reply filing date be continued to
21
   March 30, 2007 and that the hearing on motions date be continued to April 13, 2007 at 2:30.  The
22
   parties request that the time be excluded under the provisions of the Speedy Trial Act until the
23
   court has ruled on the pending motions because the ends of justice served outweigh the best
24
   //
25
   //
26
   //
27
   //
28

interest of the public and the defendant in a speedy trial in order to allow for resolution of the pending pre-trial motion under 18 U.S.C. §3161(h)(1)(F).

DATED: March 13, 2007    /S/
ALICIA W. FENRICK
Assistant United States Attorney

DATED: March 13, 2007    /S/
JOHN PAUL REICHMUTH
Counsel for Defendant

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the government's opposition to defendant's motions must be filed on or before March 16, 2007, the defendant's reply must be filed on or before March 30, 2007 and the hearing on motions date is continued to April 13, 2007 at 2:30 p.m..

IT IS FURTHER ORDERED that the time be excluded under the provisions of the Speedy Trial Act until the Court has ruled on the motion because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial in order to allow for resolution of the pending pre-trial motion under 18 U.S.C. §3161(h)(1)(F).

DATED: March 14, 2007

MARTIN J. JENKINS
United States District Judge