```
1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. (510)-637-3500

5  Counsel for Defendant MILES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00740-MJJ |
| ) | |
| Plaintiff, ) | |
| ) | ~~[PROPOSED]~~ ORDER FOR |
| v. ) | CONTINUANCE AND EXCLUSION |
| ) | OF TIME UNDER THE SPEEDY |
| ) | TRIAL ACT, 18 U.S.C. § 3161 ET |
| DERRICK DONTE MILES, ) | SEQ. |
| ) | |
| Defendant. ) | |

# ORDER

Based on the reasons provided in the stipulation of the parties, the court hereby FINDS:

Motions are pending in this case.

Based on these findings, and to the extent applicable, it is ORDERED that time continue to be excluded under the Speedy Trial Act, 18 U.S.C. Section 3161(H) (1)(F) from April 13, 2007 until April 27, 2007. Time has been excluded to April 13, 2007 by previous order.

- 1 -

1  IT IS FURTHER ORDERED that the MOTIONS HEARING date of April 13, 2007,

2  scheduled at 2:30 p.m., before the Honorable Martin J. Jenkins, be vacated and reset as a

3  MOTIONS HEARING for April 27, 2007 at 2:30 p.m.

THE COURT WILL NOT GRANT FURTHER CONTINUANCES OF THIS MATTER WITHOUT AN ADEQUATE SHOWING OF GOOD CAUSE. MJJ.

DATED:

DEFENDANT'S REPLY IS DUE ON WEEK BEFORE THE APRIL 27, 2007 HEARING DATE. MJJ.

4/12/2007

HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

*/s/ Martin J. Jenkins*