```
 1  SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
 2
    MARK L. KROTOSKI (CSBN 138549)
 3  Chief, Criminal Division

 4  ALICIA W. FENRICK (CSBN 193860)
    Assistant United States Attorney
 5
         1301 Clay Street, Suite 340S
 6       Oakland, California 94618
         Telephone: (510) 637-3680
 7       FAX: (510) 637-3724

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00740 MJJ |
| Plaintiff, ) | STIPULATION FOR CONTINUANCE HEARING DATE |
| v. ) | |
| DERRICK DONTE MILES, ) | |
| Defendant. ) | |

It is hereby stipulated by and between the parties that the hearing on motions currently set for Friday, April 27, 2007 at 2:30 p.m. be continued to Thursday, May 3, 2007 at 2:00 p.m. because counsel for the government, unexpectedly, will be out of town on April 27, 2007. All briefing on the motions has been completed and no further continuances will be sought in the matter. The parties request that the time be excluded under the provisions of the Speedy Trial Act until the court has ruled on the pending motions because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial in order to allow for resolution of the pending pre-trial motion under 18 U.S.C. §3161(h)(1)(F) and for continuity of counsel under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: April 20, 2007          /S/
                              ALICIA W. FENRICK
                              Assistant United States Attorney

DATED: April 20, 2007          /S/
                              JOHN PAUL REICHMUTH
                              Counsel for Defendant

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED the hearing on motions date is continued to May 3, 2007 at 2:00 p.m..

IT IS FURTHER ORDERED that the time be excluded under the provisions of the Speedy Trial Act until the Court has ruled on the motion because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial in order to allow for resolution of the pending pre-trial motion under 18 U.S.C. §3161(h)(1)(F) and to allow for continuity of government counsel under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: April  24 , 2007          _____
                                MARTIN J. JENKINS
                                United States District Judge