SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

GEORGE L. BEVAN JR. (CSBN 65207)
Assistant United States Attorney

Federal Courthouse
1301 Clay Street, Suite 340S
Oakland, Ca. 94612
Telephone: 510-637-3689
Fax: 510-637-3679
Email: george.bevan@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR-05-740-MJJ |
| v. | ) | STIPULATION AND ORDER RESCHEDULING DATE OF SENTENCING |
| DERRICK DONTE MILES, | ) | |
| Defendant. | ) | |

The parties jointly stipulate and request that the defendant's sentencing date be rescheduled from **December 7, 2007 to December 21, 2007**, at 2:30 p.m. on the Court's Oakland calendar. The reason for this request is that the undersigned government counsel is unable to go forward as government counsel on the scheduled date of December 7th. This brief continuance will enable replacement government counsel to learn the case,

//

//

12/05/2007 15:38 FAX 5106373507      FED PUBLIC DEFENDER       → OAK US ATTY      ☒003
DEC-05-2007  15:36         US ATTY SF                                  4366527    P.03

1  prepare and file the government's sentencing memorandum, and the cover the defendant's
2  sentencing.

                                    Respectfully submitted,

                                    SCOTT N. SCHOOLS
                                    United States Attorney

Dated: 12/5/07                      _____
                                    GEORGE L. BEVAN JR.
                                    Assistant United States Attorney

Dated: 12/5/07                      _____
                                    JOHN PAUL REICHMUTH
                                    Counsel for Defendant Derrick Miles

IT IS SO ORDERED.

Dated: 12/06/07                     _____
                                    MARTIN J. JENKINS
                                    United States District Judge

                                     2

TOTAL P.03
12/05/2007 WED 13:24   [TX/RX NO 5018]